IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANTHONY RICHARDSON,**

**Plaintiff,**

**v.**

**MISSOURI BARGE LINE COMPANY, INC.,**

**Defendant.**   **Cause No. 3:07-CV-309**

**ORDER**

**HERNDON, District Judge:**

By stipulation of the parties (Doc. 17), the Court hereby asserts jurisdiction over the parties for the limited purpose of **GRANTING** the Defendant's motion to transfer (Doc. 13). The Clerk of the Court is hereby ordered to **TRANSFER** this matter from the Southern District of Illinois to the United States District Court for the Eastern District of Missouri, Southeastern Division. The Clerk shall not notify the Eastern District of Missouri, Southeastern Division of the availability of this file until July 11, 2007 to give interested parties the opportunity to file motions if they wish. If no motions have been filed by that date the Clerk shall proceed with the "transfer" and close this

case. Any motions to reconsider on file by that date shall operate as a stay on the transfer of this file to the Eastern District of Missouri, Southeastern Division.

**IT IS SO ORDERED.**

Signed this 28th day of June, 2007.

/s/      David   RHerndon
**United States District Judge**